**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 1:16-cv-1156 |
|     Plaintiff, | |
| | Dlott, J. |
|     v. | Bowman, M.J. |
| DEMETRIOUS SMITH, et al., | |
|     Defendants. | |

**SUPPLEMENTAL REPORT AND RECOMMENDATION**

The above captioned case was removed to this Court by two *pro se* Defendants, Demetrious Smith and Amy K. Smith.  On December 22, 2016, the undersigned filed a Report and Recommendation (R&R) that recommended on initial screening, pursuant to 28 U.S.C. §1915(e), that this case be remanded to state court.  The same R&R recommended the imposition of $400.00 as a sanction based upon the frivolous nature of the attempted removal, and the fact that the same two Defendants have appeared frequently before this Court on similar matters.  The recommended imposition of only a $400.00 sanction was based partly on the fact that – at the time the R&R was filed - the Bank of America had not yet appeared and thus arguably had not yet suffered damages from the improper removal.

On December 29, 2016, the Bank filed a formal motion to remand.  The Bank's motion to remand is arguably redundant to the prior R&R, but underscores the propriety of both remand, and the imposition of at least a minimal monetary sanction.

    **III.  Conclusion and Recommendations**

Accordingly, it is **RECOMMENDED** that the R&R filed on December 22, 2016 shall stand, except that the Bank of America's motion to remand (Doc. 10) should be GRANTED as an alternative basis for remand in addition to the reasons previously stated.

   *s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BANK OF AMERICA, N.A.,            Case No. 1:16-cv-1156

    Plaintiff,

            v.            Dlott, J.
           Bowman, M.J.

DEMETRIOUS SMITH, et al.,

    Defendants.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

3